IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

TRICIA L. LIPSCOMB,                          *

           Plaintiff,                *

v.                                           *

                       Civil Action No.: L 02-CV-3960

PACIFIC SHORE FUNDING, INC., *et al.*,       *

           Defendants.               *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

     For the reasons set forth in the letter dated December 13, 2002, submitted by Pacific Shore Funding, Inc., and with the consent of Plaintiff Tricia L. Lipscomb, it is this 24TH day of December, 2002, hereby **ORDERED**:

     1.     That this case be, and hereby is, remanded to the Circuit Court for Frederick County, without prejudice; and

     2.     That the Clerk of the Court send copies of this Order to Counsel for the parties.

                             Hon. Benson Everett Legg
                             Judge, United States District Court
                             for the District of Maryland

cc:     Brian L. Moffet, Esq.
        233 E. Redwood Street
        Baltimore, Maryland 21202

Scott Borison, Esq.
5500 Buckeystown Pike
Frederick, Maryland 21703

J. Preston Turner, Esq.
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland  21204